NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――

**NFC TECHNOLOGY, LLC,**
*Appellant*

**v.**

**JOSEPH MATAL, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE,**
*Intervenor*

―――――――――――――

2016-1809

―――――――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01199.

―――――――――――――

**JUDGMENT**

―――――――――――――

JON WRIGHT, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also represented by ADAM LAROCK, BRIAN LEE; ROBERT AUCHTER, McKool Smith, P.C., Washington, DC.

BENJAMIN T. HICKMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, JOSEPH GERARD PICCOLO, SCOTT WEIDENFELLER.

—————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 September 20, 2017    /s/ Peter R. Marksteiner
          Date         Peter R. Marksteiner
                       Clerk of Court